```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 31259
   RAYMOND MORENO
   MARY WOLANIUK MORENO                      CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7048    SSN XXX-XX-4416

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/09/2005 and was confirmed 09/26/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.69% from remaining funds.

    The case was paid in full 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
FIRST HORIZON HOME LOANS  CURRENT MORTG         .00          .00            .00
FIRST HORIZON HOME LOANS  CURRENT MORTG         .00          .00            .00
BANK OF AMERICA NA        UNSECURED       NOT FILED          .00            .00
BANK OF AMERICA NA        UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          592.63          .00         389.31
CAPITAL ONE               UNSECURED         3078.61          .00        2022.40
SMC                       UNSECURED          606.61          .00         398.50
ECAST SETTLEMENT CORP     UNSECURED OTH     3007.63          .00        1975.80
ECAST SETTLEMENT CORP     UNSECURED OTH     3464.22          .00        2275.74
ECAST SETTLEMENT CORP     UNSECURED OTH     2774.49          .00        1822.64
CITI CARD                 UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED          896.78          .00         589.11
ECAST SETTLEMENT CORP     UNSECURED          749.92          .00         492.64
ECAST SETTLEMENT CORP     UNSECURED         2624.43          .00        1724.04
THE HOME DEPOT            UNSECURED       NOT FILED          .00            .00
KOHLS                     UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1431.03          .00         940.08
ECAST SETTLEMENT CORP     UNSECURED          399.33          .00         262.33
FIRST HORIZON HOME LOANS  MORTGAGE ARRE      150.00          .00         150.00
WELTMAN WEINBERG & REIS   UNSECURED         5992.51          .00        3936.60
RICHARD S BASS            DEBTOR ATTY      1,600.00                    1,600.00
TOM VAUGHN                TRUSTEE                                      1,220.81
DEBTOR REFUND             REFUND                                         150.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 19,950.00

PRIORITY                                          .00
SECURED                                        150.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 31259 RAYMOND MORENO & MARY WOLANIUK MORENO
```

```
UNSECURED                                              16,829.19
ADMINISTRATIVE                                          1,600.00
TRUSTEE COMPENSATION                                    1,220.81
DEBTOR REFUND                                             150.00
                                   ---------------  ---------------
TOTALS                                  19,950.00        19,950.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```